Form A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Gregory A Ferry
#1026990

**RECEIVED**

JUL 29 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

(Enter above the FULL name and inmate number of the plaintiff or plaintiffs in this action.)

VS.

Webster County Jail
702 1st AVE South
Fort Dodge IA 50501
Mt Pleasant Correctional Facility
Health Services Dept
1200 E Washington
Mt Pleasant IA 52641

(Enter above the FULL name of each defendant in this action.)

COMPLAINT

Medical Negligence

(NOTE: If there is more than ONE plaintiff, a separate sheet should be attached giving the information in part I and II below for EACH plaintiff by name.)

I. Previous lawsuits:

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes [ ]   No [X]

B. If your answer to A is Yes, please answer the questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs _____

_____

Defendants _____

_____

1

2. Court (if Federal court, name the district; if State court, name the county) _____

_____

3. Docket Number _____

4. Name of judge to whom case was assigned. _____

5. Disposition, if known: (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  MT Pleasant Correctional Facility

A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes [✓] No [ ]

C. If your answer is YES,
1. What steps did you take? Contacted Medical staff had Counselor Kim Kerr contact Medical staff MT Pleasnt Correctional Facility Fort Dodge Webster County Jail see attached

2. What was the result? No actions taken see attached

_____

_____

_____

D. If your answer is NO, explain why not _____

_____

_____

E. If there is no prison grievance procedure in the institution, did you complain to Prison authorities?
Yes [ ] No [ ]

F. If your answer is YES,
1. What steps did you take? _____

_____

_____

_____

2

2. What was the result? _____

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __Coreg Allen Ferry__
   Address __MPCF 1200 E. Washington MT Pleasant IA 52641__

B. Additional plaintiffs _____

(In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant __MPCF Health Services__ is employed as _____
   at _____

D. Additional defendants __Webster County Jail__

3

...

### IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343(c). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

### V. Statement of Claim

(State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

Have been incarcerated since Aug 10th 2021. Have had multiple seizures that cause injuries and cost to have them and incur more injuries.

The medical staff do not follow recomendations of prior Medical Staff.

My Health issues are brushed aside by medical staff as they say appointments are made by priority.

I discharge a 2yr sentence Sept 16 2022 and all medical has done is ignore the issues until I discharge

4

VI. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want compensation for Cruel and Unusual punishment, Pain & Suffering and Mental anguish

VII. Statement Regarding Assistance in Preparing This Complaint

A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
Yes [   ]   No [ ✓ ]

B. If your answer is YES, name the person who assisted you.

_____

c. Signature of person who helped prepare complaint.

_____                              _____
(Signature)                                                                                    (Date)

VIII. Signature(s) of Plaintiff(s)

Signed this 20th day of July, 2022.

_____ #1626990
(Signature)

Greg A Ferry
MT Pleasant Correctional Facility
1200 E Washington
Mt Pleasant IA
52641

